

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00663-CV

**MEDFINMANAGER, LLC**,
Appellant

v.

Hugo Xavier De los **SANTOS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI18512
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: October 14, 2020

DISMISSED

Appellee has filed a motion to dismiss this appeal due to mootness. Appellant has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the appellant.

PER CURIAM